ROBERTS *et al.* v. NELSON, *Appellant.*

**Limitations** : DOWER. The statute of limitations will not begin to run against the heirs so long as the widow has the right to the possession of land.

*Appeal from Greene Circuit Court.*—R. L. GOODE, ESQ., Special Judge.

AFFIRMED.

*O. H. Travers* for appellant.

*W. C. Price* and *C. W. Thrasher* for respondents.

PER CURIAM.—The case of *W. G. Roberts, Adm'r, v. R. S. Nelson,* 86 Mo. 21, is decisive of this. It was there held that the widow of W. G. Roberts, deceased, was entitled to possession of the land in controversy, in this suit, until the assignment of her dower, and it follows that the statute of limitations would not run against his heirs as long as the widow had the right to possession. Affirmed.